# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br>ARMANDO GONZALES-BENAVIDES,<br>　　　　　　　　　　　　Defendant. | CASE NO. 06CR972WQH<br><br>ORDER |

Hayes, Judge:

　　The matter before the Court is the letter request by the Defendant seeking an amendment to his judgment stating that the Bureau of Prisons must grant him 120 days in a Community Corrections Center. On August 17, 2006, this Court entered a Judgment committing the Defendant to the custody of the United States Bureau of Prisons to be imprisoned for a term of twenty-seven (27) months. The Judgment stated in part that "Upon release from imprisonment, the defendant shall be on supervised release for a term of three years" including the special condition of supervision that he "Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of 120 DAYS." This Court has no jurisdiction to correct or modify criminal judgment at this stage in the proceedings. *See,* Rule 35(a) of the Federal Rules of Criminal Procedure. Defendant's letter request to modify his judgment entered is denied.

DATED: August 31, 2007

　　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge